_____



SO ORDERED,

**Judge Jason D. Woodard**

United States Bankruptcy Judge

The Order of the Court is set forth below. The case docket reflects the date entered.
_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE: JOHN ALLEN RODGERS | CHAPTER 13 |
| DEBTOR | CASE NO: 18-14755 JDW |

### ORDER TO EXTEND TIME

THIS CAUSE came on for hearing on Debtors' Motion to Extend Time to file necessary documents including, but not limited to required List of All Creditors, Statement of Financial Affairs, Attorney Disclosure Statement, Verification of Matrix, Chapter 13 Plan , Summary of Schedules, Schedules A, B, C, D, E, F, G, H, I, J, and Chapter 13 Statement of Current Monthly Income and Disposable Income Calculation Form 122C-1 and, if appropriate Form 122C-2 Chapter 13 Calculation of your Disposable Income and the Court being fully advised in the premises does hereby find and Order as follows:

THAT all required Statement of Financial Affairs, Attorney Disclosure Statement, Verification of Matrix, Chapter 13 Plan , Summary of Assets and Liabilities, Summary of Schedules, Schedules A, B, C, D, E, F, G, H, I, J, Chapter 13 Statement of Current Monthly Income and Disposable Income Calculation Form 122C-1 and, if appropriate Form 122C-2 Chapter 13 Calculation of your Disposable Income shall be due 14 days from the ~~date of this order~~ original deadline.     (JDW)

#ENDOFORDER#

SUBMITTED BY:

KAREN B. SCHNELLER, MSB 6558
ROBERT H. LOMENICK, JR., MSB 104186
126 NORTH SPRING STREET
POST OFFICE BOX 417
HOLLY SPRINGS, MISSISSIPPI 38635
662-252-3224 /karen.schneller@gmail.com
rlomenick@gmail.com
ATTORNEYS FOR DEBTOR