```
Fill in this information to identify the case:

Debtor 1:  John Allen Rodgers

Debtor 2:  _____
           (Spouse, if filing)

United States Bankruptcy Court for the NORTHERN DISTRICT OF MISSISSIPPI
                                                        (State)

Case number:  18-14755-JDW
```

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges    **12/16**

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.**

File this form as a supplement to your proof of claim. See Bankruptcy Rule 3002.1.

**Name of Creditor:** Midland Mortgage                    **Court Claim No.** (if known): 5
999 NW Grand Blvd.
Oklahoma City, Oklahoma 73118

**Last four digits** of any number
you use to identify the debtor's        XXXX9246
account:

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?'**

☒ No
☐ Yes.  Date of last notice: _____

## Part 1:    Itemize Postpetition Fees, Expenses and Charges

**Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in the case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.**

| | Description | Dates incurred | | Amount |
|---|---|---|---|---|
| 1. | Late charges | | (1) | $0.00 |
| 2. | Non-sufficient funds (NSF) fees | | (2) | $0.00 |
| 3. | Attorney fees | 1/11/19 | (3) | $200.00 |
| 4. | Filing fees and court costs | | (4) | $0.00 |
| 5. | Bankruptcy/Proof of claim fees | | (5) | $0.00 |
| 6. | Appraisal/Broker's price opinion fees | | (6) | $0.00 |
| 7. | Property inspection fees | 2/21/19 | (7) | $20.00 |
| 8. | Tax advances (non-escrow) | | (8) | $0.00 |
| 9. | Insurance advances (non-escrow) | | (9) | $0.00 |
| 10. | Property Preservation expenses. Specify: | | (10) | $0.00 |
| 10. | Property Preservation expenses. Specify:" _____ | | (10) | $0.00 |
| 11. | Other. Specify:  Suspense Balance | | (11.) | $0.00 |

| 12. | Other. Specify: | Escrow Balance | | (12.) | $0.00 |
| 13.. | Other. Specify: | Foreclosure Attorney Fees | | (13.) | $0.00 |
| 14. | Other. Specify: | Foreclosure Costs | | (14.) | $0.00 |
| 15. | Other. Specify: | | | (15.) | $0.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.  See 11 U.S.C. §1322(b)(5) and Bankruptcy Rule 3002.1.

**Part 2:** **Sign Here**

The person completing this notice must sign it.  Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box*

☐  I am the creditor.

☒  I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

X   /s/ Bradley P. Jones

_____
Signature

Date: May 15, 2019_____

**Print:**   Bradley P. Jones_____
First Name         Middle Name         Last Name

Title  Attorney for Creditor_____

Company   Shapiro & Brown, LLC_____

Address   1080 River Oaks Drive, Suite B-202_____
Number          Street

Flowood, MS 39232_____
City                    State      ZIP Code

Contact phone   (601) 981-9299

Email  MSBankruptcy@logs.com_____

## CERTIFICATE OF SERVICE

I, Bradley P. Jones, of the firm of Shapiro & Brown, LLC, do hereby certify that I have this date provided a copy of the foregoing Notice of Post-Petition Fees and/or Cost either by electronic case filing or by United States mail postage pre-paid to the following:

Locke D. Barkley, Chapter 13 Trustee
sbeasley@barkley13.com

Robert H. Lomenick, Jr., Attorney for the Debtor
rlomenick@gmail.com

Office of the U.S. Trustee
USTPRegion05.AB.ECF@usdoj.gov

John Allen Rodgers
10648 Pecan Meadow Dr North
Olive Branch, MS 38654

John Allen Rodgers
10648 Pecan Meadow Dr North
Olive Branch, MS 38654


Dated: May 15, 2019

Respectfully submitted
SHAPIRO & BROWN, LLC


/s/ Bradley P. Jones
    Bradley P. Jones
    Attorney for Creditor


Presented by:
J. Gary Massey, MSB#1920
Bradley P. Jones, MSB#9731
SHAPIRO & BROWN, LLC
1080 River Oaks Drive, Suite B-202
Flowood, MS 39232
Telephone No. (601) 981-9299
Facsimile No. (601) 981-9288
E-mail:  msbankruptcy@logs.com
BK Case No. 18-14755-JDW